UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE MOLDA,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 2:16-cv-11985
Magistrate Judge Anthony P. Patti

## **JUDGMENT**

In accordance with the order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on September 20, 2017,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

Dated: September 20, 2017      s/Anthony P. Patti_____
                                    Anthony P. Patti
                                    UNITED STATES MAGISTRATE JUDGE

DAVID J. WEAVER
CLERK OF THE COURT


BY: <u>Michael Williams</u>
Deputy Clerk